FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 20 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

AGNES ZABALLA SANTOS,

                Plaintiff,

      - against -

NYCBOE, Employer/Payroll; PETER
IANNIELLO, CEO; RENEE HARPER;
DAVID RAMDAT; FRANCINE PERKINS
COLON; HON. JUDGE TAMMY
COLLINS, Unemployment - DOL,

                Defendants.
----------------------------------------------------------X

MEMORANDUM & ORDER

17-cv-6467 (ENV) (RLM)

VITALIANO, D.J.

On October 12, 2017, Agnes Zaballa Santos, proceeding *pro se*, filed an employment discrimination complaint. By Order, dated December 6, 2017, the Court granted her request to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a), dismissed all of plaintiff's claims and granted leave to replead within 30 days. More than 30 days have elapsed, however, and plaintiff has not filed an amended complaint.

Accordingly, in line with the caution in the order granting leave, this action is hereby dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this Memorandum and Order to plaintiff, enter judgment accordingly and close this case.

So Ordered.

Dated: Brooklyn, New York
       February 24, 2018

/s/ USDJ ERIC N. VITALIANO
ERIC N. VITALIANO
United States District Judge